UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ.No.01-359 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY MCCALL, Defendant, WEST SIDE MOTORS INC., Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about November 21, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about November 21, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, did not have in its possession and under its control, personal property belonging to and due the defendant, in the form of earnings because the defendant is no longer employed by the garnishee.

The defendant was not personally served with notice of his right to a hearing as to this garnishment action.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on November 21, 2001 is hereby released.

Dated: 1/23/02

Magistrate Judge
United States District Court

FILED JAN 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK