UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-359 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY MCCALL, Defendant, and ANDERSON'S CADILAC, Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Anthony McCall, Social Security Number, XXX-XX-8019, with the last known address of 3807 Russell Avenue North, Minneapolis, MN 55412.

The judgment was entered on May 24, 2001, for Student Loan defaults. The judgment was entered in the amount of $4,920.63, plus interest and costs.

As of June 17, 2004, after applying payments, if any, the balance on this judgment debt was $5,769.48 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from June 17, 2004, at a rate of 4% per annum.

SCANNED
JUN 28 2004
U.S. DISTRICT COURT MPLS

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Anderson's Cadilac, 7400 Wayzata Boulevard, Minneapolis, MN 55426

Dated: 6-24-04

THOMAS B. HEFFELFINGER
United States Attorney

s/ BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600