The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Vicki Beynoldd
Garnishee

SUBSCRIBED and SWORN to before me this 2 day of July, 2004.

Connie L Wade
NOTARY PUBLIC

CONNIE LOUISE WADE
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

SCANNED
JUL 08 2004
U.S. DISTRICT COURT MPLS