UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-359 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. MCCALL,<br><br>Defendant,<br><br>TCF NATIONAL BANK,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on or about July 2, 2004, is hereby released.

Dated: July 19, 2004

S/Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge